# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANCHHI YAM,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, ET. AL.<br><br>        Defendants. | 1:19-cv-00098 LJO SKO<br><br>NEW CASE NUMBER:<br><br>**1:19-cv-00098 SKO**<br><br>**ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Lawrence J. O'Neill, to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:19-cv-00098 SKO**

IT IS SO ORDERED.

   Dated: **July 10, 2019**              **/s/ Lawrence J. O'Neill**
                                                                       UNITED STATES CHIEF DISTRICT JUDGE